UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JULIE REILLY, | Case No.:  3:22-cv-01339-YY |
| Plaintiff, | |
| v. | STIPULATED ORDER FOR REMAND TO MULTNOMAH COUNTY CIRCUIT COURT |
| DFA DAIRY BRANDS ICE CREAM, LLC & WINCO FOODS, LLC, | |
| Defendants. | |

By and through their respective counsel, the parties hereby stipulate and agree to remand this matter to Multnomah County Circuit Court.

IT IS HEREBY STIPULATED:

| /s/Matthew Rizzo | /s/Claire Whittal | /s/Kenneth Abere, Jr |
|---|---|---|
| Matthew Rizzo | Claire Whittal | Kenneth Abere, Jr. |
| Attorney for Plaintiff | Attorney for Winco | Attorney for DFA Dairy Brands |

Based on the stipulation, it is ordered that this case is remanded to Multnomah County Circuit Court.
Dated October 27, 2022.

/s/ Youlee Yim You
United States Magistrate Judge